IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SETH MONROE                                                                                                      PLAINTIFF

v.                      CASE NO. 4:18-CV-00873 BSM

JOHN CASEY                                                                       DEFENDANT

**ORDER**

After *de novo* review of the record, including plaintiff Seth Monroe's untimely objections [Doc. No. 6], United States Magistrate Judge Jerome T. Kearney's findings and recommendations [Doc. No. 3] are adopted. Monroe's petition is dismissed without prejudice, and his motion to proceed *in forma pauperis* is denied as moot.

IT IS SO ORDERED this 15th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE